UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUSTINO SANTA,

     Petitioner,

v.                 **CASE NO.**  **07-80119-CV-GONZALEZ**
                                    **(95-8083-CR-GONZALEZ)**

UNITED STATES OF AMERICA,

     Respondent.

## ORDER

**THIS MATTER** has come before the Court upon the Report [DE 13] and Supplemental Report [DE 21] of United States Magistrate Judge Patrick A. White. The Petitioner has filed objections to the Report. See DE 17, 20 and 24. The Government filed responses. [DE 15, 16 and 20].

Accordingly, having reviewed, de novo, the Report and Supplemental Report of the Magistrate, the pleadings of the parties, and being otherwise duly advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Supplemental Report of the Honorable Patrick A. White are **RATIFIED, AFFIRMED AND ADOPTED** as the Order of this District Court.  Specifically, Petitioner Santa cannot establish prejudice arising from counsel's failure to present guideline calculation and enhancement arguments at re-sentencing or on appeal therefrom.

2. Petitioner's Motion to Vacate pursuant to 28 U.S.C. §2255

is **DENIED;**

    3. All motions related to the civil case not otherwise ruled
upon are **DISMISSED AS MOOT;** and

    4. This case is closed.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this
2ᴺᴰ day of June 2008.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE